**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**NEWARK**

## Minutes of Proceedings

**Judge: Hon. Esther Salas**

Court Reporter: Mary Jo Monteleone

Deputy Clerk: Elisaveta Kalluci

Date: June 25, 2025

**Title of Case:**

U.S.A. v. JHONNATAN RODRIGUEZ

Docket No. **25-420 (ES)**

**Appearances:**

Mark Pesce, AUSA, for the govt.
Serguel Akiti, Esq., for the deft.
Grace Canella, U.S. Pretrial Office.

**Nature of Proceedings:**

GUILTY PLEA TO AN INFORMATION
BAIL HEARING

Defendant present.
Initial Appearance held.
Defendant affirmed.
Defendant is advised of his rights and charges.
Factual basis placed on the record.
Plea entered: GUILTY to a Two-Count Information.
Court accepts the plea.
Information filed.
Waiver of Indictment filed.
Rule 11 Form filed.
Plea Agreement filed.
Sentence: November 25, 2025 at 11:00 am.
Bail Hearing held.
Order Setting Conditions of Release and Appearance Bond signed and entered.
Ordered bail continued.
Consent Judgment and Order of Forfeiture submitted.

Time Commenced: 1:55 p.m.
Time Adjourned: 2:40 p.m.
Total Time: 45 Min.

Elisaveta Kalluci
Courtroom Deputy